IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 5:25-cr-26-KDB |
| v. | **BILL OF INDICTMENT** |
| BRYAN FLOWERS<br>a/k/a "BRIAN FLOWERS" | Violation: 18 U.S.C. § 2113(a) |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Bank Robbery)*

On or about April 17, 2025, in Lincoln County, within the Western District of North Carolina, the defendant,

**BRYAN FLOWERS,**
**a/k/a "BRIAN FLOWERS,"**

by force, violence and intimidation did take from the person or presence of another a sum of money belonging to and in the care, custody, control, management, and possession of the Peoples Bank of Lincolnton, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

Page 1 of 2

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All firearms and ammunition involved or used in such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

A TRUE BILL

RUSS FERGUSON
UNITED STATES ATTORNEY

BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY